**No. 10-7742. Johnnie Ray Propes, Petitioner v. Texas.**

562 U.S. 1226, 131 S. Ct. 1480, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1433.

February 22, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 10-7746. Paul Keith Reyes, Petitioner v. Betsy Lynn Snow, et al.**

562 U.S. 1226, 131 S. Ct. 1480, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1426.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 847.

**No. 10-7751. Jack L. Earl, Jr., Petitioner v. John Craig Turnbull, Superintendent, Spring Creek Correctional Center.**

562 U.S. 1226, 131 S. Ct. 1481, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1323.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 393 Fed. Appx. 475.

**No. 10-7755. Leroy R. Jeffers, Petitioner v. Bradley Keller, et al.**

562 U.S. 1226, 131 S. Ct. 1481, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1404.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-7761. Kent Norman, Petitioner v. Social Security Administration, et al.**

562 U.S. 1226, 131 S. Ct. 1556, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1340.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 392 Fed. Appx. 661.

**No. 10-7762. George Nassar, Petitioner v. District Attorney for Essex County, Massachusetts, et al.**

562 U.S. 1226, 131 S. Ct. 1481, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1356.

February 22, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 456 Mass. 1006, 922 N.E.2d 140.

**No. 10-7764. Daniel Lee Beason, aka Danny Boone, Petitioner v. Daniel Craig, Warden.**

562 U.S. 1226, 131 S. Ct. 1481, 179 L. Ed. 2d 317, 2011 U.S. LEXIS 1334.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.